ACCEPTED
01-14-00914-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 12:37:48 PM
CHRISTOPHER PRINE
CLERK

CASE NO. 01-14-00914-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 12:37:48 PM
CHRISTOPHER A. PRINE
Clerk

JAY COHEN, *APPELLANT*

VS.

MIDTOWN MANAGEMENT DISTRICT, ET AL., *APPELLEES*

On Appeal from the 133rd Judicial District Court of
Harris County, Texas, Trial Court No. 2013-16814

**NOTICE OF WITHDRAWAL OF
HARRIS COUNTY APPELLEES' MOTION TO DISMISS**

LINEBARGER GOGGAN BLAIR
& SAMPSON, LLP
4828 Loop Central Drive, Suite 600
Houston, Texas 78701
(713) 844-3405 direct phone
(713) 844-3400 main phone
(713) 844-3504 fax
Edward J. (Nick) Nicholas
State Bar No. 14991350
Nick.Nicholas@lgbs.com
Anthony W. (Tony) Nims
State Bar No. 15031500
Tony.Nims@lgbs.com

ATTORNEYS FOR HARRIS
COUNTY APPELLEES

1

# NOTICE OF WITHDRAWAL

In light of Appellant's filed, but rejected, July 9, 2015 letter to the Clerk of the Court, the Harris County Appellees hereby file this Notice of Withdrawal, withdrawing their July 9, 2015, Motion to Dismiss.

Respectfully submitted,

LINEBARGER GOGGAN BLAIR
    & SAMPSON, LLP

By: _Nick Nicholas_

    Edward J. (Nick) Nicholas
    State Bar No. 14991350
4828 Loop Central Drive, Suite 600
Houston, Texas 78701
(713) 844-3405 direct phone
(713) 844-3504 fax
Nick.Nicholas@lgbs.com

ATTORNEYS FOR HARRIS
COUNTY APPELLEES

## CERTIFICATE OF SERVICE

I certify that on July 9, 2015, a copy of this Notice of Withdrawal was served via electronic mail on Mr. George F. May at george@twomeymay.com, and Mr. Jason L. Bailey at jbailey@pbfcm.com.

By: _Nick Nicholas_

    Edward J. (Nick) Nicholas